IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01533-WYD-CBS

SARAH WILLIAMS,

    Plaintiff,

v.

NAVAJO EXPRESS, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed November 3, 2014.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 20) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear her or its own attorneys' fees and costs.

Dated:  November 3, 2014

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge